**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HEATHER GOOD,

Plaintiff

v.

POLICE et al,

Defendant

Case No.: 3:26-cv-00319-ART-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

The court has received notice of returned mail to Plaintiff's address at 2513999 Washoe County Sheriff 911 Parr Blvd. Reno, NV 89512. Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: September 23, 2026

Craig S. Denney
United States Magistrate Judge